IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

**Eastern Division**

| | | |
|---|---|---|
| Consumer Financial Protection Bureau, | : | |
| | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 16-144 |
| | : | |
| Intercept Corporation d/b/a Intercept EFT, Bryan Smith, and Craig Dresser, | : | |
| | : | |
| Defendants. | : | |

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendants Intercept Corporation, Bryan Smith, and Craig Dresser, through their undersigned counsel, respectfully move this Court for an Order dismissing the Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12, and awarding further relief as this Court may deem just and proper. The grounds for this motion are set forth in the accompanying Memorandum of Law.

Dated: August 8, 2016

Respectfully submitted,

*/s/ Michael T. Andrews*
Michael T. Andrews (ND #05516)
David J. Hauff (ND #04145)
Anderson, Bottrell, Sanden & Thompson
4132 30th Ave SW, Suite 100
PO Box 10247
Fargo, ND 58106-0247
(701) 235-3300
mandrews@andersonbottrell.com
dhauff@andersonbottrell.com

and

Jay A. Dubow
Richard J. Zack (admitted *Pro Hac Vice*)
Matthew Homberger (admitted *Pro Hac Vice)*
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000
zackj@pepperlaw.com
dubowj@pepperlaw.com
hombergerm@pepperlaw.com

*Attorneys for Defendants*